Marshall, CJ, Kinkade, Robinson, Jones, Matthias and Allen, JJ, concur.

## ESTHER MENDELSON v HARRY MENDELSON

Ohio Supreme Court

No 22197. Decided Nov 19, 1930

## STATE ex FLEISHER ENGINEERING & CONSTR CO v STATE OFFICE BLDG COMM

Ohio Supreme Court

No 22545. Decided Nov 19, 1930

Marshall, CJ, Kinkade, Robinson, Jones, Day and Allen, JJ, concur.

## SHIELDS, et v SUPREME COUNCIL, RAYAL ARCANUM

Ohio Supreme Court

No 22283. Decided Nov 19, 1930